**FILED & ENTERED**

AUG 21 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GREGORY VASHON ENGLISH,<br><br>　　　　　　　　　Debtor. | Case No.: 6:23-bk-13052-WJ<br><br>CHAPTER 13<br><br>**ORDER GRANTING**<br>**VALUATION MOTION**<br><br>Hearing:<br>Date:　　August 23, 2023<br>Time:　　2:00 p.m.<br>Crtm:　　304 |

1    A hearing is currently scheduled in this case for August 23, 2023 at 2:00 p.m. regarding the motion of the debtor to value a vehicle [docket number 19].  No one has filed opposition to the motion and the deadline to do so has passed.  Having reviewed the case and the motion, the Court hereby finds that no oral argument is necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing and waives appearances. No hearing shall occur.

    For the reasons set forth in the unopposed motion, the Court hereby finds the value of the 2016 Honda Civic as of the petition date was $8,733.

IT IS SO ORDERED.

###

Date: August 21, 2023

_____
Wayne Johnson
United States Bankruptcy Judge